**VAN–126** Order for Refund of Unclaimed Funds – Rev. 07/17/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Fayetteville Division

IN RE:
Carol Jean Seagraves Lewis
 ( <u>known aliases</u>: Carol Jean Seagraves, Carol Jean Lewis )
P.O. Box 423
Laurel Hill, NC 28351

CASE NO.: 11–07973–8–SWH

DATE FILED: October 18, 2011

CHAPTER: 7

AMENDED

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $4,771.59 constituting unclaimed funds is declared due to Carol Jean Seagraves Lewis, c/o Keys Research, 23630 SE 440th St., Enumclaw WA 98022 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: August 5, 2013

Stephani W. Humrickhouse
United States Bankruptcy Judge